

NUMBER 13-14-00077-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

RENE GABRIEL HINOJOSA
AND RAUL PERALES,                                               Appellants,

v.

THE STATE OF TEXAS,                                             Appellee.

On Appeal from the 103rd District Court
of Cameron County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Longoria**
**Memorandum Opinion Per Curiam**

Appellants, Rene Gabriel Hinojosa and Raul Perales, perfected an appeal from a

judgment entered by the 103rd District Court of Cameron County, Texas, in cause number

2013-DCL-5907-D. Appellants have filed an unopposed motion to dismiss the appeal

on grounds that the parties have reached an agreement to settle and compromise their differences. Appellants request that this Court dismiss the appeal.

The Court, having considered the documents on file and appellants' motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellants' motion to dismiss is GRANTED, and the appeal is hereby DISMISSED. In accordance with the agreement of the parties, costs are taxed against the party incurring same. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellants' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
15th day of May, 2014.